ADAM PAUL LAXALT
Nevada Attorney General
JARED M. FROST
Senior Deputy Attorney General
Nevada Bar No. 11132
Office of the Attorney General
Bureau of Litigation
Public Safety Division
555 East Washington Ave., #3900
Las Vegas, Nevada 89101
Phone: (702) 486-3177
Facsimile: (702) 486-3773
Email: jfrost@ag.nv.gov
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DUANE WHITMORE,<br><br>        Plaintiff,<br><br>v.<br><br>M. DANTE, *et al.*<br><br>        Defendants. | CASE NO.: 2:14-cv-00877-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE** |

It is stipulated and agreed by and between Plaintiff, Duane Whitmore, and Defendants Michael Dante, Cory Newton, and Michael Thomas, that the deadline to file dispositive motions be extended for twenty-nine (29) days, and that the parties be permitted to file such

///

///

///

///

motions until Friday, September 18, 2015. Neither party has previously requested an extension of the dispositive motion deadline.

DATED August 19, 2015.   DATED August 19, 2015.

ADAM PAUL LAXALT
Nevada Attorney General

/s/ Travis N. Barrick   /s/ Jared M. Frost
Travis N. Barrick   Jared M. Frost
GALLIAN WELKER,   Senior Deputy Attorney General
& BECKSTROM, LC   *Attorneys for Defendants*
*Attorney for Plaintiff*

IT IS SO ORDERED.

DATED this ___20th___ day of August, 2015.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

- 2 -