ADAM PAUL LAXALT
Nevada Attorney General
JARED M. FROST
Senior Deputy Attorney General
Nevada Bar No. 11132
Office of the Attorney General
Bureau of Litigation
Public Safety Division
555 East Washington Ave., #3900
Las Vegas, Nevada 89101
Phone: (702) 486-3177
Facsimile: (702) 486-3773
Email: jfrost@ag.nv.gov
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| DUANE WHITMORE,<br><br>    Plaintiff,<br><br>v.<br><br>M. DANTE, et al.<br><br>    Defendants. | CASE NO.: 2:14-cv-00877-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>**(SECOND REQUEST)** |

    It is stipulated and agreed by and between Plaintiff, Duane Whitmore, and Defendants Michael Dante, Cory Newton, and Michael Thomas, by and through their attorneys of record, that the deadline to file dispositive motions be extended for an additional twenty-one (21) days, and that the parties be permitted to file such motions until Friday, October 9, 2015. The parties previously agreed to a thirty (30) day extension. The parties submit that they are attempting in good faith to resolve the matter through informal settlement discussions and that

a further extension of time is needed to determine whether a resolution can be reached without the expenditure of additional fees and costs.

DATED September 17, 2015.                                    DATED September 17, 2015.

                                                                         ADAM PAUL LAXALT
                                                                         Nevada Attorney General

/s/ Travis N. Barrick                                                   /s/ Jared M. Frost
Travis N. Barrick                                                       Jared M. Frost
GALLIAN WELKER & BECKSTROM, LC                          Senior Deputy Attorney General
*Attorney for Plaintiff*                                                *Attorneys for Defendants*

        IT IS SO ORDERED.

        DATED this  21st  day of September, 2015.

                                                                            UNITED STATES MAGISTRATE JUDGE

Office of the Attorney General
555 East Washington Avenue, Suite 3900
Las Vegas, Nevada 89101-1068