Travis N. Barrick, # 9257
GALLIAN WELKER,
& BECKS§TROM, LC
540 E. St. Louis Avenue
Las Vegas, Nevada 89117
Telephone: (702) 892-3500
Facsimile:  (702) 386-1946
tbarrick@vegascase.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DUANE WHITMORE,<br><br>          Plaintiff,<br><br>     v.<br><br>M. DANTE, et al.,<br><br>          Defendants. | Case No.:  2:14-CV-877-JAD-VCF<br><br>**AMENDED STIPULATION TO ENLARGEMENT OF TIME FOR RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (#24)**<br><br>**ORDER** |

   Plaintiff Duane Whitmore, through his attorney of record, Travis N. Barrick, Esq., of the law firm GALLIAN WELKER & BECKSTROM, LC, and the Defendants, through their attorney of record, Jared M. Frost, Esq., of the Office of Attorney General, hereby stipulate to an Enlargement of Time (60 days) for the Plaintiff's Response to Defendants' Motion for Summary Judgment (#24), which is currently due on November 2, 2015. The parties request that the due date for filing a Response shall on January 4, 2016.

///

///

///

///

- 1 -

The Parties are engaged in meaningful settlement discussions and the additional time may lead to resolution of the matter.

| DATED this 13th day of October, 2015.<br>By: ___/s/ Travis N. Barrick_____<br>Travis N. Barrick, # 9257<br>GALLIAN WELKER<br> & BECKSTROM, LC<br>*Attorneys for Plaintiff* | DATED this 13th day of October, 2015.<br>By: ___/s/Jared M. Frost<br>Deputy Attorney General<br>Office of the Attorney General<br>Bureau of Litigation<br>Public Safety Division<br>*Attorneys for the Defendants* |
|---|---|

IT IS SO ORDERED.

    Dated:  October 14, 2015.

_____
UNITED STATES DISTRICT JUDGE